**UNITED STATES of America, Plaintiff–Appellee**

v.

**Eugene SAUCEDO, Defendant– Appellant.**

**No. 11–40536**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 19, 2011.

Reynaldo Padilla Morin, Assistant U.S. Attorney, U.S. Attorney's Office, Lufkin, TX, for Plaintiff–Appellee.

James Warner Huggler, Jr., Esq., Law Office of James Huggler, Tyler, TX, for Defendant–Appellant.

Before KING, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Eugene Saucedo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Saucedo has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Saucedo's response. We concur with counsel's assessment that

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.